VILLAGE OF FREDONIA, Appellant, *v.* FREDONIA NATURAL
GAS LIGHT COMPANY et al., Respondents.

(Argued November 22, 1915; decided November 30, 1915.)

MOTION for an order continuing a preliminary injunc-
tion restraining defendants from laying gas mains in the
village of Fredonia pending appeal to Court of Appeals.

*James L. Weeks* for motion.

*George Clinton* opposed.

Assuming, without deciding, that the power exists to grant the desired injunction, we think it should not be exercised under the circumstances of the present case. Motion denied, without costs.